ISIDORE GORDON PREISSMAN *v.* MAYOR
AND CITY COUNCIL OF BALTIMORE

[No. 79, September Term, 1982.]
*Decided September 10, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

### PER CURIAM ORDER

It is this 10th day of September, 1982

ORDERED, by the Court of Appeals of Maryland, that the order of the Court of Special Appeals dated April 20, 1982, dismissing the appeal in the case of *Preissman v. Mayor and City Council of Baltimore,* No. 222, September Term, 1982, be, and it is hereby, vacated and the case is remanded to that Court for a proceeding on the merits.